NO. 07-10-00076-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MAY 13, 2010

SAMUEL SOLIS, APPELLANT

v.

RONALD J. OSELETTO AND SHERRI OSELETTO,
INDIVIDUALLY AND AS NEXT FRIEND OF ZACHARRY
OSELETTO AND ZANE OSELETTO, MINORS,
APPELLEES

FROM THE 46TH DISTRICT COURT OF HARDEMAN COUNTY;

NO. 10,273; HONORABLE DAN MIKE BIRD, JUDGE

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Appellant, Samuel Solis, has filed a motion seeking withdrawal of his notice of appeal. We construe this motion as appellant's motion to dismiss appeal. See TEX. R. APP. P. 42.1(a)(1). No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. Id. All costs related to this appeal are assessed against appellant. See TEX. R. APP. P. 42.1(d). If dismissal will prevent appellees from seeking relief to which they would otherwise be entitled, the Court

directs appellees to file a timely motion for rehearing.  No motion for rehearing from appellant will be entertained.


                                        Mackey K. Hancock
                                              Justice